**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

```
FILED

AUG 0 5 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY              DEPUTY
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>REYNALDO HERNANDEZ-MELENDEZ,<br><br>　　　　　　　Defendant. | CASE NO. 11CR2658-GT<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged
for the reason that:

__X__ an indictment has been filed in another case against the defendant and
the Court has granted the motion of the Government for dismissal of
this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of
acquittal; or

____ a jury has been waived, and the Court has found the defendant not
guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

　　　　8:1326 (a) and (b) - Deported Alien Found in the United States(Felony)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.


DATED: 8/5/11

　　　　　　　　　　　　　_____
　　　　　　　　　　　　　GORDON THOMPSON, JR.
　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE